IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN M. CASEY,

     Plaintiff,

v.                                       CASE NO. 5:14-cv-00275-RS-EMT

CORIZON HEALTH SERVICES et al.,

     Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 5). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g) and for failure to pay the appropriate filing fees.

3. The Clerk is directed to close this case.

**ORDERED** on December 2, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**